IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY A. COLE,

    Plaintiff,

v.                                               4:14cv419-WS

MICHAEL D. CREWS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 11, 2014.  See Doc. 6.  The magistrate judge recommends that the plaintiff's complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).  The plaintiff has filed objections (doc. 7) to the magistrate judge's report and recommendation.

Having reviewed the record in this case in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's Motion for Court to Waive Filing Fee (doc. 5) is DENIED.

3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

4. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this   1st   day of    October   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE